RICARDO ECHEVERRIA #166049
recheverria@shernoff.com
DANICA CRITTENDEN #273309
dcrittenden@shernoff.com
TAYLOR R. PORTER #334862
tporter@shernoff.com
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Plaintiffs

SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDI GILBERT, et. al.,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 5:25-cv-2327 JGB (SPx)<br><br>**PLAINTIFFS' RESPONSE TO NOTICE OF DEFICIENCIES RE: APPOINTMENT OF GUARDIAN AD LITEM** |

Plaintiffs Cyndi Gilbert ("Cyndi"), Ramesh Mantha ("Ramesh"), Kirin Mantha ("Kirin"), and Eli Mantha ("Eli") (collectively, "Plaintiffs") submit this Response to Notice of Deficiencies Re: Appointment of Guardian Ad Litem in response to the Court's September 5, 2025 Notice to Filer of Deficiencies in Attorney Case Opening.

Plaintiffs filed their Complaint in the Superior Court of California in and for the County of San Bernardino on April 23, 2025. Plaintiffs Kirin Mantha, born November 6, 2007, and Eli Mantha, born February 11, 2009, are minors. On June 20, 2025, Plaintiffs Kirin Mantha and Eli Mantha, by and through their attorneys of record, separately filed Applications for Appointment of Guardian Ad Litem with the San Bernardino County Superior Court, Case Number CIVSB2516498. *See* Notice of Removal, Ex. A at 116–117, 120–121, ECF No. 1.

On July 9, 2025, the Honorable Corey G. Lee of the San Bernardino County Superior Court, in its Orders Appointing Guardian Ad Litem, found that all notices required by law had been given and ordered that Plaintiff Ramesh Mantha be appointed Guardian Ad Litem for Plaintiffs Kirin Mantha and Eli Mantha. *See* Notice of Removal, Ex. A at 118–119, 122–123, ECF No. 1.

On August 29, 2025, Defendant ACE American Insurance Company filed a Notice of Removal from the San Bernardino County Superior Court, Case Number CIVSB2516498, to the United States District Court for the Central District of California. Attached as Exhibit A to its Notice of Removal, Defendant ACE American Insurance Company attached Plaintiffs Kirin Mantha's and Eli Mantha's respective Applications for Appointment of Guardian Ad Litem and the Honorable Corey G. Lee's Orders Appointing Guardian Ad Litem. *See* Notice of Removal, Ex. A at 116–123, ECF No. 1.



SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS

Accordingly, Plaintiff Ramesh Mantha has already been appointed as the Guardian Ad Litem for Plaintiffs Kirin Mantha and Eli Mantha for this action. If necessary, Plaintiffs respectfully request the Court adopt the July 9, 2025 orders signed by the Honorable Corey G. Lee of the San Bernardino County Superior Court appointing Plaintiff Ramesh Mantha as the Guardian Ad Litem for Plaintiffs Kirin Mantha and Eli Mantha.

Dated: September 8, 2025 SHERNOFF BIDART ECHEVERRIA LLP

By: */s/ Taylor R. Porter*
RICARDO ECHEVERRIA
DANICA CRITTENDEN
TAYLOR R. PORTER
Attorneys for Plaintiffs

SHERNOFF BIDART ECHEVERRIA LLP
LAWYERS FOR INSURANCE POLICYHOLDERS