William C. Reeves - 183878
Christine M. Fierro - 191660
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
Telephone: 925/288-1776
Facsimile: 925/288-1856
Email: wreeves@mfrlegal.com
cfierro@mfrlegal.com

Attorneys For Defendants
DTG Operations, Inc., The Hertz Corp.
and Dollar Thrifty Automotive Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDI GILBERT, et al.,<br>Plaintiffs,<br>vs.<br>ACE AMERICAN INS. CO., et al.,<br>Defendants. | Case No.: 25-cv-02327-JGB-SP<br>ANSWER |

Defendants The Hertz Corp., DTG Operations, Inc. and Dollar Thrifty Automotive Group, Inc. (collectively "Hertz" or "Defendants") hereby respond to the Complaint filed by Plaintiffs Cyndi Gilbert, Ramesh Mantha, Kirin Mantha and Eli Mantha (collectively, "the Manthas" or "Plaintiffs") as follows:

1. Answering paragraph 1 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

2. Answering paragraph 2 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

3. Answering paragraph 3 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

4. Answering paragraph 4 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

5. Answering paragraph 5 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the allegations.

6. Answering paragraph 6 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

7. Answering paragraph 7 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

8. Answering paragraph 8 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph

9. Answering paragraph 9 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph

10. Answering paragraph 10 of the Complaint, Hertz is without sufficient

knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph

11. Answering paragraph 11 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

12. Answering paragraph 12 of the Complaint, Hertz admits that its counsel sent a letter dated May 30, 2024. As to all remaining allegations in the paragraph, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

13. Answering paragraph 13 of the Complaint, Hertz admits that Plaintiffs' counsel sent a letter dated September 13, 2024, As to all remaining allegations in the paragraph, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

14. Answering paragraph 14 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

15. Answering paragraph 15 of the Complaint, Hertz denies each and every allegation in that paragraph.

16. Answering paragraph 16 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

17. Answering paragraph 17 of the Complaint, Hertz is without sufficient

knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

18. Answering paragraph 18 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

19. Answering paragraph 19 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

20. Answering paragraph 20 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

21. Answering paragraph 21 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

22. Answering paragraph 22 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

23. Answering paragraph 23 of the Complaint, Hertz admits the allegations made therein.

24. Answering paragraph 24 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in

that paragraph.

25. Answering paragraph 25 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

26. Answering paragraph 26 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

27. Answering paragraph 27 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

28. Answering paragraph 28 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

29. Answering paragraph 29 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

30. Answering paragraph 30, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

31. Answering paragraph 31, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of

allegations.

32. Answering paragraph 32, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

33. Answering paragraph 33, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

34. Answering paragraph 34 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

35. Answering paragraph 35 of the Complaint, Hertz admits that the ACE Policy attached as Exhibit 1 lists Hertz as the Named Insured on the Declarations and includes an endorsement which lists Dollar Thrifty Automotive Group Inc. as a Named Insured. With respect to the remainder of the allegations in the paragraph, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

36. Answering paragraph 36 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

37. Answering paragraph 37 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

38. Answering paragraph 38 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

39. Answering paragraph 39 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

40. Answering paragraph 40 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

41. Answering paragraph 41 of the Complaint, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

42. Answering paragraph 42 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

43. Answering paragraph 43 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

44. Answering paragraph 44 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

45. Answering paragraph 45 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

46. Answering paragraph 46 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

47. Answering paragraph 47 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

48. Answering paragraph 48 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

49. Answering paragraph 49 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph

50. Answering paragraph 50 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

51. Answering paragraph 51 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

52. Answering paragraph 52 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

53. Answering paragraph 53 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

54. Answering paragraph 54 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

55. Answering paragraph 55 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

56. Answering paragraph 56 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

57. Answering paragraph 57 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph

58. Answering paragraph 58 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

59. Answering paragraph 59 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

60. Answering paragraph 60 of the Complaint, Hertz admits that Shayne L. Wulterin was legal counsel for Hertz and that he sent a letter dated May 30, 2024. As to the balance of allegations, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations.

61. Answering paragraph 61 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

62. Answering paragraph 62 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

63. Answering paragraph 63 of the Complaint, Hertz admits that Exhibit 4 is a true and correct copy of a letter from Plaintiffs' counsel. As to the balance of allegations, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations

64. Answering paragraph 64 of the Complaint, Hertz admits that Exhibit 4 is a true and correct copy of a letter from Plaintiffs' counsel. As to the balance of allegations, Hertz either denies the allegations or is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies the balance of allegations

65. Answering paragraph 65 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

66. Answering paragraph 66 of the Complaint, Hertz admits the letter attached as Exhibit 6 is a true and correct copy of a letter sent on behalf of counsel. With respect to the remainder of the allegations in the paragraph, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

67. Answering paragraph 67 of the Complaint, Hertz is without sufficient knowledge or information on which to form a belief as to the truthfulness of the allegations contained therein, and, on that basis, denies each and every allegation in that paragraph.

68. Answering paragraph 68 of the Complaint, Hertz incorporates by reference its answers to all preceding paragraphs.

69. Answering paragraph 69 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

70. Answering paragraph 70 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph, including all of its subparts.

71. Answering paragraph 71 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph, including all of its subparts

72. Answering paragraph 72 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph, including all of its subparts

73. Answering paragraph 73 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

74. Answering paragraph 74 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

75. Answering paragraph 75 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

76. Answering paragraph 76 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

77. Answering paragraph 77 of the Complaint, Hertz incorporates by reference its answers to all preceding paragraphs.

78. Answering paragraph 78 of the Complaint, Hertz admits that it owed duties and obligations to Plaintiffs under the Rental Agreement. Hertz denies the truthfulness of the allegations in the remainder of the paragraph.

79. Answering paragraph 79 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph

80. Answering paragraph 80 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph

81. Answering paragraph 81 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph

82. Answering paragraph 82 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

83. Answering paragraph 83 of the Complaint, Hertz incorporates by reference its answers to all preceding paragraphs.

84. Answering paragraph 84 of the Complaint, Hertz denies that it violated any provision of Business and Professions Code Sections 17200, et seq.

85. Answering paragraph 85 of the Complaint, Hertz denies that it violated any provision of Business and Professions Code Section 17204.

86. Answering paragraph 86 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph

87. Answering paragraph 87 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph

88. Answering paragraph 88 of the Complaint, Hertz denies the truthfulness

of each and every allegation in that paragraph

89. Answering paragraph 89 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph, including all of its subparts.

90. Answering paragraph 90 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

91. Answering paragraph 91 of the Complaint, Hertz denies the truthfulness of each and every allegation in that paragraph.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

To the extent applicable, Plaintiffs' claims are barred by the equitable doctrine of laches.

### Second Affirmative Defense

The Complaint fails to state a cause of action as against Hertz.

### Third Affirmative Defense

To the extent applicable, Plaintiffs' claims are barred by the equitable doctrines of waiver and estoppel.

### Fourth Affirmative Defense

To the extent applicable, Plaintiffs' claims are barred by the equitable doctrine of unclean hands.

### Fifth Affirmative Defense

This action and each purported cause of action set forth in the Complaint are barred, in whole or in part, to the extent that they were not brought within the period of time required by the applicable statute of limitations or to the extent such claims are otherwise time barred.

### Sixth Affirmative Defense

Plaintiffs' claims as against Hertz are barred, in whole or in part, by the express terms, exclusions, conditions, definitions, declarations, endorsements, and/or limitations contained in the Record Rental #832138554, the Rental Agreement,

and/or any policy allegedly issued by ACE.

<u>Seventh Affirmative Defense</u>

In the event Plaintiffs are granted recovery, any recovery must be reduced to the extent they failed to mitigate, minimize or avoid damages.

<u>Eighth Affirmative Defense</u>

Plaintiff are not entitled to recover any damages as no duty was owed.

<u>Ninth Affirmative Defense</u>

Plaintiffs are not entitled to recover any damages because the claims and liabilities alleged in the underlying proceeding are not covered by any insurance.

<u>Tenth Affirmative Defense</u>

Defendants are not responsible for any of the provisions of any agreement alleged herein.

<u>Eleventh First Affirmative Defense</u>

Defendants are not the agent of any party to any agreement alleged herein.

<u>Twelfth Affirmative Defense</u>

In that the Complaint fails to set forth with particularity the facts related to the claims that allegedly trigger any duty on the part of Hertz, Hertz presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Hertz reserves herein the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by way of its Complaint against Defendants;

2. That this Court declare that Plaintiffs are not entitled to any order, damages, declaration, judgment, attorneys' fees or costs incurred in connection with this Complaint;

3. That Defendants be awarded its costs in connection with defending this action; and,

4. For such other and further relief as the Court deems just and proper.

Dated: October 24, 2025

MORALES FIERRO & REEVES

By: /s/ William C. Reeves
William C. Reeves
Attorneys for Defendants